# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**CHARLES EDWARD WILLIAMS,**

   *Plaintiff*,

v.                      Case No.: 1:22cv190-MW/ZCB

**CITY OF HIGH SPRINGS POLICE DEPARTMENT,**

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to comply with an Order of this Court." The Clerk shall close the file.

**SO ORDERED** on February 28, 2023.

                               s/Mark E. Walker
                               **Chief United States District Judge**